ACCEPTED
04-15-00053-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
2/3/2015 7:50:19 PM
KEITH HOTTLE
CLERK

**04-15-00053-CV**

# CAUSE NO. 2015-CI-00039

| | | |
|---|---|---|
| **THELMA FRANCO,** | § | **IN THE DISTRICT COURT** |
| **Plaintiff and Petitioner** | § | |
| | § | FILED IN<br>4th COURT OF APPEALS<br>SAN ANTONIO, TEXAS<br>02/3/2015 7:50:19 PM<br>KEITH E. HOTTLE<br>Clerk |
| | § | |
| **v.** | § | |
| | § | |
| | § | |
| **RODERICK J. SANCHEZ,** | § | **288TH JUDICIAL DISTRICT** |
| **As Director of Development Services** | § | |
| **for the City of San Antonio, the** | § | |
| **CITY OF SAN ANTONIO,** | § | |
| **PLANNED PARENTHOOD SOUTH** | § | |
| **TEXAS, and DELANTERO** | § | |
| **INVESTORS, LTD.,** | § | |
| **Defendants and Respondents** | § | **BEXAR COUNTY, TEXAS** |

_____

### PLAINTIFF THELMA FRANCO'S
### NOTICE OF INTERLOCUTORY APPEAL
_____

**TO THE HONORABLE CLERK OF THE COURT:**

NOW COMES Thelma Franco, Plaintiff in the above styled and numbered cause, who desires to appeal the hereinafter referenced order and, therefore, files this Plaintiff Thelma Franco's Notice of Interlocutory Appeal.

1.    The identity of the trial court—plus the case style and cause number at the trial court—are as indicated in the style and caption hereinabove of this Notice of Interlocutory Appeal.

2.    This is an appeal from the trial court order, dated January 29, 2015. Said order was issued in the form of a letter ruling and is attached hereto.

3. Thelma Franco, the Plaintiff in the above styled and numbered cause, appeals the aforementioned order to the Fourth District Court of Appeals.

4. The appeal of this case is an interlocutory appeal under TEX. CIV. PRAC. & REM. CODE § 51.014(a)(4), which permits appeals from an order that grants or refuses a temporary injunction or overrules a motion to dissolve a temporary injunction as provided by Chapter 65.

5. This interlocutory appeal is accelerated under TEX. R. APP. P. 28.1.

Respectfully submitted,

*Dennis J. Drouillard*

_____
DENNIS J. DROUILLARD
State Bar No. 00793641

LAW OFFICE OF DENNIS DROUILLARD
Riverview Towers
111 Soledad, Suite 339
San Antonio, Texas 78205
Telephone: (210) 299-7680
Facsimile: (210) 299-7780
E-mail: DennisDrouillard@aol.com

ATTORNEY FOR PLAINTIFF,
THELMA FRANCO

2

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the above and foregoing document has this day been served to the person and by the method indicated:

Counsel for Defendant Roderick Sanchez, As Director of Development Services for the City of San Antonio:

Mr. Shawn Fitzpatrick
FITZPATRICK & KOSANOVICH, P.C.
Post Office Box 831121
San Antonio, Texas 78283-1121
**Via E-file to skf@fitzkoslaw.com**

Counsel for Defendant City of San Antonio:

Ms. Deborah Lynne Klein
Assistant City Attorney
OFFICE OF THE CITY ATTORNEY FOR THE
    CITY OF SAN ANTONIO
Litigation Division
111 Soledad, Tenth Floor
San Antonio, Texas 78205
**Via E-file to Deborah.Klein@sanantonio.gov**

Counsel for Defendant Planned Parenthood South Texas:

Mr. Mark G. Sessions
STRASBURGER & PRICE, LLP
2301 Broadway
San Antonio, TX 78215-1157
**Via E-file to Mark.Sessions@strasburger.com**

## CERTIFICATE OF SERVICE
### (continued)

Counsel for Defendant Delantero Investors, Ltd.


Mr. Merritt Clements
STRASBURGER & PRICE, LLP
2301 Broadway Street
San Antonio, TX 75215
**Via E-file to Merritt.Clements@strasburger.com**


Signed on February 3, 2015.


_Dennis J. Drouillard_

Dennis J. Drouillard
Attorney for Plaintiff



Judge Sol Casseb III
288th District Court
Bexar County Courthouse
100 Dolorosa, San Antonio, TX 78205
(210) 335-2663 Office
(210) 335-0593 Fax

January 29, 2015

Mr. Dennis Drouillard, Attorney at Law
111 Soledad, Ste. 339                                    (Via Facsimile)
San Antonio, Texas 78205

Ms. Deborah Klein, Attorney at Law
111 Soledad, 10th Floor                                 (Via Facsimile)
San Antonio, Texas 78205

RE:    Cause No. 2015-CI-00039, Thelma Franco vs Roderick J. Sanchez Etal;
       In the 288th Judicial District Court of Bexar County, Texas.

Dear Counsel:

       The Court's ruling on the matter presented on January 28, 2015, is set out in the
"Judge's Notes", a copy of which is attached.

                                    Very Truly Yours,

                                    Sol Casseb III
                                    Judge Presiding

Cc:  file

*This*

# JUDGE'S NOTES

CAUSE NO.: 2015CI00039              COURT:  288      DATE/TIME:  01/28/2015 09:00AM
                                    SETTING COURT: 109

STYLE: THELMA FRANCO
VS. RODERICK J SANCHEZ ET AL

DISCOVERY LEVEL: 4
ATTORNEY(S) FOR CASE:
DENNIS DROUILLARD  Fax 2997780              DEBORAH KLEIN  Fax 207 4357

TYPE OF MOTION OR APPLICATION:
NON-JURY SETTING ON TRO & TEMPORARY ORDERS  (temp inj.)                      DJD

CONFERRING _____ ESTIMATE HEARING TIME 3 hrs
AGREED ORDER _____ ASSIGNED COURT  288
DROP _____ RECORD TAKEN  yes   Record Taken By
INTERPRETER _____ RESET DATE ___/___  Cindy Dees, CSR
                                              TIME _____  District Court

DATE OF NOTES  1-28-15                                    JUDGE INITIALS _____

Yanta - recused

Parties stip. that Garant email of 12-2-14 shall be
admitted in evid. as Plaintiff X 7.

Request for Temp. Inj. as prayed for in
Petitioners' 1st Supp. App. for Writ of Mandamus
+ Decl. Petition + App. for TRO + Temp. Inj. is Denied.

PROPERTY OF BEXAR COUNTY DISTRICT CLERK'S OFFICE            (DK510A)